|   |   |
|---|---|
| 1 | COOLEY GODWARD KRONISH LLP |
|   | STEPHEN C. NEAL (170085) (sneal@cooley.com) |
| 2 | JAMES DONATO (146140) (jdonato@cooley.com) |
|   | 101 California Street, 5th Floor |
| 3 | San Francisco, CA  94111-5800 |
|   | Telephone:    (415) 693-2000 |
| 4 | Facsimile:     (415) 693-2222 |
| 5 | Attorneys for Defendant |
|   | NVIDIA CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEPHANIE TRUONG, on behalf of herself and all others similarly situated, | Case No.  C-06-7451 MJJ |
|---|---|
| Plaintiff, | **CLASS ACTION** |
| v. | **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |
| NVIDIA CORPORATION; ATI TECHNOLOGIES, INC.; and ADVANCED MICRO DEVICES, INC. | AND ORDER |
| Defendants. | **JURY TRIAL DEMANDED** |

Plaintiff Stephanie Truong and Defendants Nvidia Corporation ("Nvidia"), ATI Technologies, Inc. and Advanced Micro Devices, Inc. (collectively "AMD") stipulate and agree as follows to extend the time to respond to the Complaint on file in this action.

1.  On December 5, 2006, Plaintiff filed the Complaint, which alleges claims under Section 1 of the Sherman Act, 15 U.S.C. § 1, and pendant state law claims.  Plaintiff has styled the Complaint as a putative class action.

2.  As of the date of this Stipulation, at least 10 other complaints have been filed in this and other judicial districts.  All of these complaints also allege federal antitrust and pendant state law claims against Nvidia and AMD and are styled as putative class actions.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1020258 v1/SF

**STIPULATION EXTENDING TIME
TO RESPOND TO COMPLAINT
C-06-7451 MJJ**

3. On December 8, 2006, Plaintiff filed a motion before the Judicial Panel on Multidistrict Litigation ("JPML") to transfer and consolidate in this judicial district all existing and subsequently filed antitrust actions related to the claims alleged in the Complaint. Nvidia and AMD will respond to the motion on the schedule to be set by the JPML.

4. On December 14, 2006, pursuant to Local Rule 3-12, the plaintiff in another action (*Juskiewicz v. Nvidia Corp., et al.*, Case No. C-06-7553) filed an "Administrative Motion To Consider Whether Cases Should Be Related" to relate that action to a similar action (*Truong v. Nvidia Corp., et al.,* Case No. C-06-7417) filed in this district against Nvidia and AMD.

5. In light of the multiplicity of complaints on file and the pending motion before the JPML, the parties agree to extend the time for Nvidia and AMD to answer or otherwise respond to the Complaint to 30 days after (1) the order resolving the JPML motion, and (2) the filing and service of any subsequent consolidated complaint, without prejudice to the right of Nvidia or AMD to seek additional time to answer or otherwise respond to the Complaint for good cause shown.

Respectfully submitted,

Dated: December 20, 2006

COOLEY GODWARD KRONISH LLP

By: /s/ James Donato
James Donato (146140)

Attorneys for Defendant
NVIDIA CORPORATION

Dated: December 20, 2006

LATHAM & WATKINS LLP

By: /s/ Charles H. Samel
Charles H. Samel (182019)

Attorneys for Defendants
ATI TECHNOLOGIES, INC. and
ADVANCED MICRO DEVICES, INC.

Dated: December 19, 2006

FURTH LEHMANN & GRANT LLP

By: /s/ Michael P. Lehmann
Michael P. Lehmann (77152)

Attorneys for Plaintiff
STEPHANIE TRUONG

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1020258 v1/SF

2.

STIPULATION EXTENDING TIME
TO RESPOND TO COMPLAINT
C-06-7451 MJJ

1  FILER'S ATTESTATION:

2  Pursuant to General Order No. 45, § X(B) regarding signatures, I attest under penalty of

3  perjury that the concurrence in the filing of this document has been obtained from its signatories.

4  Dated: December 20, 2006

By:     /s/ James Donato
       James Donato



IT IS SO ORDERED
Judge Martin J. Jenkins
12/21/2006

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1020258 v1/SF     3.     **STIPULATION EXTENDING TIME
TO RESPOND TO COMPLAINT
C-06-7451 MJJ**